No. 68200.—Ohio Radio Manufacturing Co. and Harper, Robinson & Co. v. United States, protests 61/16693 and 61/23066 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of testers, multitesters, and S-meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.